UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOOR HATAHET,

        Petitioner,

-against-

DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,

        Respondents.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2017 ★
BROOKLYN OFFICE

Case No. 17cv495 (CBA)

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Petitioner Noor Hatahet, hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      January 30, 2017

CLEARY GOTTLIEB STEEN & HAMILTON LLP

BY: /s/ Jennifer L. Kroman
Jennifer L. Kroman
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Pro Bono Attorney for Petitioner* Noor Hatahet

So Ordered

/s/ *Carol Bagley Amon*

1/30/17